**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| J.B. DISTRIBUTION SERVICE, INC., <br> d/b/a FUNTASTIC CORPORATION, <br><br> Plaintiff, <br><br> –vs– <br><br> COSSTAR, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:07-cv-0714-SEB-JMS <br> ) <br> ) <br> ) <br> ) |

**ORDER ON DEFENDANT'S MOTION TO TRANSFER**

Defendant, Cosstar, Inc. ("Cosstar" or "Defendant"), by counsel, having filed its Motion to Transfer this matter pursuant to 28 U.S.C. § 1404 to the Central District of California-Los Angeles Division, and the Court having considered same and being duly advised in the premises, now finds that Defendant's Motion to Transfer is meritorious and is therefore GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause of action is transferred to the Central District of California-Los Angeles Division.

Date: 08/22/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Offer Korin (Defendant)          okorin@katzkorin.com
Katz & Korin, PC
Paul E. Surowiak (Defendant)     psurowiak@katzkorin.com
Katz & Korin, PC

Maidena L. Fulford (Plaintiff)
PMB #171
9421 North Meridian Street
Indianapolis, Indiana  46260